# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| KIMBERLIE MICHELLE DURHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civil Action Number:** |
| v. ) | |
| ) | **4:16-cv-01604-ACA** |
| RURAL/METRO CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S EXHIBIT LIST

COMES NOW the Plaintiff and identifies the following exhibits:

A.  Exhibits the Plaintiff Expects to Offer at Trial

    1.  2013 Rural/Metro Handbook (DEF0017-52)

    2.  February 2015 Email Exchange Involving Kenneth Simpson and the Communications Director about Using Temporary Placement in Dispatch as an Accommodation (DEF00268-780)

    3.  Notes Made by Plaintiff (PL Bates 00043-45)

    4.  October 3, 2015 Email from Durham to Crowell (DEF00062)

---

**Plaintiff's Exhibit List**
*Durham v. Rural/Metro Corporation*
United States District Court for the Northern District of Alabama
Civil Action 4:16-cv-01604-ACA

5. October 6, 2015 Letter from Jennifer Harmon to Kimberlie Michelle Durham Regarding Personal Leave with Enclosed Personal Leave Policy (PL Bates 00048-52)

6. October 23, 2015 Earnings Statement from Rural/Metro for Plaintiff (PL Bates 00046)

7. November 3, 2015 Preservation of Evidence Letter Sent from Heather Leonard, PC to Rural/Metro

9. EEOC Charge Filed by Plaintiff on November 16, 2015 (PL Bates 00020-21)

10. Email from Minda Corbeil dated November 18, 2015 about Durham's unemployment application (DEF00255-258)

11. Email Exchange Among Minda Corbeil and Mike Crowell from November 10, 2015 about Durham (DEF00259-260)

12. Notice of Charge of Discrimination Sent to Rural/Metro on November 18, 2015 (PL Bates 00032-33)

13. Notice of Claim and Request for Separation Information Submitted November 24, 2015 (TPSDOL 0009-10)

14. Employer Notice of Determination Mailed December 11, 2015 (TPSDOL 0007)

15. December 21, 2015 Doctor's Certificate (TPSDOL 0014)

16. Email Exchange Among Mike Crowell, Minda Corbeil and Kenneth Simpson from November 10, 2015 through December 29, 2015 (DEF00060-61 and/or DEF00261-262)

17. Action Notice dated December 31, 2015 (DEF00013)
18. January 15, 2016 Earnings Statement from Rural/Metro for Plaintiff (PL Bates 00047)

_____
**Plaintiff's Exhibit List**
*Durham v. Rural/Metro Corporation*
**United States District Court for the Northern District of Alabama
Civil Action 4:16-cv-01604-ACA**

19. Verizon Phone Records for Plaintiff for September 1, 2015 through November 12, 2015 (TPSVER 0006-18)

20. Composite Exhibit – Plaintiff's Requests for Admission to Defendant and Defendant's Responses and Objections to Plaintiff's First Requests for Admission to Defendant

21. Defendant's Responses and Objections to Plaintiff's Second Requests for Admission to Defendant

22. Defendant's Responses to Plaintiff's First Request for Production

23. Defendant's Responses to Plaintiff's Interrogatories

24. Defendant's Supplemental Interrogatory Responses Served August 9, 2017

25. Lost Wages Chart that Will Be Filed with Plaintiff's Damages Statement

B. Exhibits the Plaintiff May Offer at Trial

26. Plaintiff's Personnel File (DEF00001-16)

27. Huntsville Hospital Statement of Services (PL Bates 00062-63)

28. Huntsville Hospital Statement of Account (PL Bates 00064)

29. 2015 W2 from Rural/Metro (PL Bates 00066)

30. 2015 Tax Returns (PL Bates 00067-77)

31. 2016 W-2 from Personnel Staffing (PL Bates 00058)

32. Earnings Statement from Personnel Staffing (PL Bates 00061)

_____
**Plaintiff's Exhibit List**
*Durham v. Rural/Metro Corporation*
**United States District Court for the Northern District of Alabama
Civil Action 4:16-cv-01604-ACA**

3

33. Department of Labor Statement of Earnings for Personnel Staffing (TPSDOL 0015-16)

34. Notice of Right to Sue (PL Bates 00026)

35. Backpay Chart Showing Losses Through December 31, 2017 (PL Bates 000012-13)

36. 2017 Resume for Plaintiff (PL Bates 00056-57)

37. EEOC Charge Detail Inquiry (PL Bates 00024-25)

38. Background Check performed September 1, 2016 on the Plaintiff by American Databank, LLC (PL Bates 00001-11)

39. Transitional Work Program (DEF00252-255)

40. Transitional Work Agreements (DEF00363, 372, 545, 496, and 774)

41. Any document necessary for rebuttal and/or impeachment

42. Without conceding the admissibility of any exhibit identified on the Defendant's exhibit list or waiving any objections, Plaintiff reserves the right to use any non-objectionable exhibit identified on the Defendant's exhibit list.

C. Demonstratives the Plaintiff May Use[1]

1. Timeline of Events

2. List of Key Names and Those Persons Positions with Rural/Metro

---

[1] Plaintiff is not offering these documents as evidence in the case but, through this filing, is putting the Defendant on notice of her intention to prepare and use one or more of these demonstratives at trial

_____
**Plaintiff's Exhibit List**
*Durham v. Rural/Metro Corporation*
**United States District Court for the Northern District of Alabama**
**Civil Action 4:16-cv-01604-ACA**

3. Lost Wages Chart

4. PowerPoint for Opening and/or Closing Arguments

                                  Respectfully submitted,

                                  /s/ Heather Newsom Leonard
                                  Heather Newsom Leonard

OF COUNSEL:

HEATHER LEONARD, PC
2105 Devereux Circle, Suite 111
Birmingham, AL 35243
(205) 977-5421 – voice
(205) 278-1400 – facsimile
Heather@HeatherLeonardPC.com

---

**Plaintiff's Exhibit List**
*Durham v. Rural/Metro Corporation*
**United States District Court for the Northern District of Alabama**
**Civil Action 4:16-cv-01604-ACA**

## CERTIFICATE OF SERVICE

I certify that on January 25, 2020 I served a copy of this filing on the counsel of record listed below using this Court's electronic filing system:

Heidi Wilbur
Steven W. Moore
FOX ROTHSCHILD, LLP
1225 17th Street, Suite 2200
Denver, CO 80202

Tammy C. Woolley
CONSTANGY BROOKS SMITH & PROPHETE, LLP
Two Chase Corporate Drive
Suite 120
Birmingham, AL 35244

/s/ Heather Newsom Leonard
OF COUNSEL

_____
**Plaintiff's Exhibit List**
*Durham v. Rural/Metro Corporation*
**United States District Court for the Northern District of Alabama**
**Civil Action 4:16-cv-01604-ACA**