# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| KIMBERLIE MICHELLE DURHAM,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v.  ) | |
| ) | **4:16-CV-0104-ACA** |
| RURAL/METRO CORPORATION,  ) | |
| ) | UNOPPOSED |
| Defendant.  ) | |

## PLAINTIFF'S MOTION IN LIMINE

COMES NOW Plaintiff Kimberlie Michelle Durham and moves that before commencing the voir dire examination of the jury, that the Court instruct by an appropriate order all counsel and witnesses to refrain from making any motion or interrogation, directly or indirectly, in any manner whatsoever, concerning an of the matters set forth herein without first approaching the Bench and obtaining a ruling of the Court outside the presence and hearing of all prospective jurors or jurors selected:

_____
**Plaintiff's Motion in Limine**
*Durham v. Rural/Metro Corporation*
**United States District Court for the Northern District of Alabama
Civil Action: 4:16-cv-01604-ACA**
1

1. Plaintiff forwarded a copy of this motion to defense counsel to see whether the Defendant opposes this motion. The Defendant does not oppose this motion.

2. This motion seeks to prohibit the parties, their attorneys, or the witnesses from referring within the hearing of the jury (1) to any ruling of this Court granting summary judgment, in whole or in part, and/or (2) that any part of the Plaintiff's case was dismissed. The information concerning any summary judgment ruling or dismissal is not relevant to the jury's determination of the issue of whether the Defendant discriminated against the Plaintiff because of her pregnancy, risks confusing and prejudicing the jury, and would be inadmissible under Rules 401, 402, and 403 of the Federal Rules of Evidence.

3. Plaintiff further seeks an Order prohibiting the Defendant from arguing that any dismissal is evidence that Plaintiff did not have sufficient evidence to pursue her pregnancy discrimination claim.

4. Attempting to explain to a jury why the Court may have dismissed all or part of a claim would cause confusion as to the claims being tried to the jury. Such evidence would also result in a waste of judicial time in formulating

_____
**Plaintiff's Motion in Limine**
*Durham v. Rural/Metro Corporation*
**United States District Court for the Northern District of Alabama**
**Civil Action: 4:16-cv-01604-ACA**
2

jury charges to explain motions for summary judgment and the appeal process. Rules 402 and 403, FRE.

Respectfully submitted,

/s/ Heather Newsom Leonard
Heather Newsom Leonard

OF COUNSEL:

HEATHER LEONARD, PC
2105 Devereux Circle, Suite 111
Birmingham, AL 35243
(205) 977-5421 – voice
(205) 278-1400 – facsimile
Heather@HeatherLeonardPC.com

## CERTIFICATE OF SERVICE

I certify that on February 8, 2020 I served a copy of this filing on the counsel of record listed below using this Court's electronic filing system:

Heidi Wilbur
Steven W. Moore
FOX ROTHSCHILD, LLP
1225 17th Street, Suite 2200
Denver, CO 80202

Tammy C. Woolley
CONSTANGY BROOKS SMITH & PROPHETE, LLP
Two Chase Corporate Drive
Suite 120
Birmingham, AL 35244

/s/ Heather Newsom Leonard
OF COUNSEL

_____
**Plaintiff's Motion in Limine**
*Durham v. Rural/Metro Corporation*
**United States District Court for the Northern District of Alabama**
**Civil Action: 4:16-cv-01604-ACA**
3